UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-CV-01748<br><br>MDL 2545<br><br>JUDGE MATTHEW F. KENNELLY |

**This Document Relates to All Actions Identified in Exhibit A**

## SHORT FORM ANSWER

The AbbVie Defendants,[1] by and through their attorneys, hereby provide this Short Form Answer to Plaintiff's Short Form Complaint. By way of this Short Form Answer, AbbVie does not waive, and expressly reserves, any challenges it may have to the Court's personal jurisdiction or venue. Further, AbbVie incorporates all responses and affirmative defenses set forth in AbbVie's Answer to Plaintiffs' Master Long-Form Complaint and Jury Demand. To the extent any specific response is required to the Short Form Complaint, AbbVie lacks knowledge or information sufficient to form a belief as to the allegations regarding the medical conditions and injuries alleged, and therefore those and any remaining allegations are denied. AbbVie further reserves the right to advance any additional defenses not otherwise set forth, as may be appropriate to this case.

---

[1] AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals LLC as appropriate.

Dated: November 11, 2015

Respectfully submitted,

By: */s/ Michelle Hart Yeary*
Michelle Hart Yeary
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08540-6531
Tel: (609) 955-3200
Fax: (609) 873-9151
Michelle.yeary@dechert.com

David M. Bernick
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
david.bernick@dechert.com

Christopher R. Boisvert
Hope S. Freiwald
DECHERT LLP
2929 Arch St., Cira Centre
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
Fax: (215) 655-2312
hope.freiwald@dechert.com
chip.boisvert@dechert.com

***Attorneys for AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, & Unimed Pharmaceuticals LLC***

## **CERTIFICATE OF SERVICE**

I, Christopher R. Boisvert, hereby certify that on November 11, 2015 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Michelle Hart Yeary*

# Exhibit A

| | |
|---|---|
| Aaron, Paul v. AbbVie Inc. et al. | 1:15-cv-08903 |
| Aguilar, Jeffrey v. AbbVie Inc. et al. | 1:15-cv-08451 |
| Alampi, Joseph v. AbbVie Inc. et al. | 1:15-cv-08266 |
| Alanis, Anthony Edward v. AbbVie Inc. et al. | 1:15-cv-07844 |
| Arbaugh, Shaun v. AbbVie Inc. et al. | 1:15-cv-07682 |
| Armstrong, Michael D. v. AbbVie Inc. et al. | 1:15-cv-08373 |
| Armstrong, Shawn v. AbbVie Inc. et al. | 1:15-cv-08603 |
| Ayres, Luther v. AbbVie Inc. et al. | 1:15-cv-05374 |
| Baker, Terry R. v. AbbVie Inc. et al. | 1:15-cv-07761 |
| Balch, Karen v. AbbVie Inc. et al. | 1:15-cv-06925 |
| Baldwin, Norma Gail v. AbbVie Inc. et al. | 1:15-cv-07497 |
| Barba, Jr., Donald v. AbbVie Inc. et al. | 1:15-cv-03874 |
| Bearry, Marty v. AbbVie Inc. et al. | 1:15-cv-06517 |
| Bechtholdt, Dick v. AbbVie Inc. et al. | 1:15-cv-09652 |
| Bednorz, Gerald v. AbbVie Inc. et al. | 1:15-cv-07545 |
| Bennett, Michael v. AbbVie Inc. et al. | 1:15-cv-06694 |
| Blackmon, Benjahaman v. AbbVie Inc. et al. | 1:15-cv-07080 |
| Blevins, Randy v. AbbVie Inc. et al. | 1:15-cv-07396 |
| Boatman, Darcy G. v. AbbVie Inc. et al. | 1:15-cv-09169 |
| Bolt, James E. v. AbbVie Inc. et al. | 1:15-cv-07550 |
| Boone, Melvin R. v. AbbVie Inc. et al. | 1:15-cv-08265 |
| Boutte, Perry v. AbbVie Inc. et al. | 1:15-cv-08201 |
| Bradley, Thomas v. AbbVie Inc. et al. | 1:15-cv-06002 |
| Bradshaw, Kevin v. AbbVie Inc. et al. | 1:15-cv-07049 |
| Bradybaugh, Anthony v. AbbVie Inc. et al. | 1:15-cv-07811 |
| Braswell, James H. v. AbbVie Inc. et al. | 1:15-cv-08304 |
| Braun, Kenneth v. AbbVie Inc. et al. | 1:15-cv-08511 |
| Breau, Marc v. AbbVie Inc. et al. | 1:15-cv-09371 |
| Bright, Robert v. AbbVie Inc. et al. | 1:15-cv-07899 |
| Brodale, Stephen v. AbbVie Inc. et al. | 1:15-cv-07215 |
| Brown, Gregory A. v. AbbVie Inc. et al. | 1:15-cv-07221 |
| Brown, Shawn Tyler v. AbbVie Inc. et al. | 1:15-cv-08209 |
| Brutts, Robert v. AbbVie Inc. et al. | 1:15-cv-09647 |
| Butler, Ronald v. AbbVie Inc. et al. | 1:15-cv-06911 |
| Cabrera, Basilio v. AbbVie Inc. et al. | 1:15-cv-08609 |
| Caine, Adrian B. v. AbbVie Inc. et al. | 1:15-cv-06564 |
| Camarra, Marc v. AbbVie Inc. et al. | 1:15-cv-09224 |

| Case | Number |
|---|---|
| Canal, Patrick M. v. AbbVie Inc. et al. | 1:15-cv-06831 |
| Canion, Thomas v. AbbVie Inc. et al. | 1:15-cv-06448 |
| Cantrell, Jeffrey v. AbbVie Inc. et al. | 1:15-cv-08329 |
| Cantwell, Leslie Robert v. AbbVie Inc. et al. | 1:15-cv-06569 |
| Carbine, Bryan v. AbbVie Inc. et al. | 1:15-cv-07145 |
| Carlson, Curt v. AbbVie Inc. et al. | 1:15-cv-08533 |
| Carman, Gregory v. AbbVie Inc. et al. | 1:15-cv-07808 |
| Carr, Eugene III v. AbbVie Inc. et al. | 1:15-cv-09356 |
| Carter, Jan v. AbbVie Inc. et al. | 1:15-cv-05185 |
| Cashen, David v. AbbVie Inc. et al. | 1:15-cv-07559 |
| Catanese, Peter III v. AbbVie Inc. et al. | 1:15-cv-07494 |
| Catrett, Ernest v. AbbVie Inc. et al. | 1:15-cv-08331 |
| Caylor, Josephine v. AbbVie Inc. et al. | 1:15-cv-08269 |
| Centers, James v. AbbVie Inc. et al. | 1:15-cv-07779 |
| Chandler, Danny Carson v. AbbVie Inc. et al. | 1:15-cv-08790 |
| Chandler, Kerry v. AbbVie Inc. et al. | 1:15-cv-08549 |
| Charlton, Dennis v. AbbVie Inc. et al. | 1:15-cv-04064 |
| Chasteen, Doris v. AbbVie Inc. et al. | 1:15-cv-05889 |
| Chaudoir, Christopher v. AbbVie Inc. et al. | 1:15-cv-00975 |
| Choate, Kyle v. AbbVie Inc. et al. | 1:15-cv-09491 |
| Chollman, William v. AbbVie Inc. et al. | 1:15-cv-06548 |
| Clark, Kenneth v. AbbVie Inc. et al. | 1:15-cv-07813 |
| Clark, Kevin v. AbbVie Inc. et al. | 1:15-cv-05665 |
| Clifton, Michael v. AbbVie Inc. et al. | 1:15-cv-05867 |
| Cockrum, Isaac v. AbbVie Inc. et al. | 1:15-cv-07448 |
| Cooksey, George M. v. AbbVie Inc. et al. | 1:15-cv-06953 |
| Cooksey, Laurence v. AbbVie Inc. et al. | 1:15-cv-05394 |
| Cormier, George v. AbbVie Inc. et al. | 1:15-cv-01431 |
| Coyle, Christopher v. AbbVie Inc. et al. | 1:15-cv-08564 |
| Crenshaw, Mills v. AbbVie Inc. et al. | 1:15-cv-08431 |
| Croom, George v. AbbVie Inc. et al. | 1:15-cv-08412 |
| Crosby, Bryant v. AbbVie Inc. et al. | 1:15-cv-04294 |
| Crump, Carl v. AbbVie Inc. et al. | 1:15-cv-07623 |
| Culver, Johnny v. AbbVie Inc. et al. | 1:15-cv-06918 |
| Cummings, Leonard v. AbbVie Inc. et al. | 1:15-cv-07556 |
| Cunningham, Robert v. AbbVie Inc. et al. | 1:15-cv-04175 |
| Cutright, Otice v. AbbVie Inc. et al. | 1:15-cv-07625 |
| Davenport, Shawn v. AbbVie Inc. et al. | 1:15-cv-07882 |
| Davenport, William v. AbbVie Inc. et al. | 1:15-cv-07680 |
| Davis, Milton v. AbbVie Inc. et al. | 1:15-cv-09319 |

| | |
|---|---|
| Davis, Randolph L. v. AbbVie Inc. et al. | 1:15-cv-08395 |
| Davis, Zandra L. v. AbbVie Inc. et al. | 1:15-cv-07081 |
| D'Chevy, Tom v. AbbVie Inc. et al. | 1:15-cv-09361 |
| De Armond, Charles v. AbbVie Inc. et al. | 1:15-cv-08909 |
| Deboer, Rick v. AbbVie Inc. et al. | 1:15-cv-06020 |
| Deegan, Gene v. AbbVie Inc. et al. | 1:15-cv-08531 |
| DeFranco, William v. AbbVie Inc. et al. | 1:15-cv-09573 |
| DePetro, Christopher v. AbbVie Inc. et al. | 1:15-cv-07767 |
| Dirks, Myron v. AbbVie Inc. et al. | 1:15-cv-08365 |
| Disher, John v. AbbVie Inc. et al. | 1:15-cv-08565 |
| Donati, Robert v. AbbVie Inc. et al. | 1:15-cv-09688 |
| Dooley, Thomas G. v. AbbVie Inc. et al. | 1:15-cv-07222 |
| Dougherty, Gerald v. AbbVie Inc. et al. | 1:15-cv-07870 |
| Dougherty, James C. v. AbbVie Inc. et al. | 1:15-cv-08334 |
| Douthit, Charles v. AbbVie Inc. et al. | 1:15-cv-06538 |
| Dunn, Curtis v. AbbVie Inc. et al. | 1:15-cv-09279 |
| Duran, Ron v. AbbVie Inc. et al. | 1:15-cv-07862 |
| Earl, Thomas v. AbbVie Inc. et al. | 1:15-cv-08611 |
| Edwards, Bradley v. AbbVie Inc. et al. | 1:15-cv-07893 |
| Edwards, David v. AbbVie Inc. et al. | 1:15-cv-06000 |
| Edwards, Spencer v. AbbVie Inc. et al. | 1:15-cv-06161 |
| Einfelt, Kenneth Jr. v. AbbVie Inc. et al. | 1:15-cv-08539 |
| Elkins, Jeffrey v. AbbVie Inc. et al. | 1:15-cv-09654 |
| Estes, David v. AbbVie Inc. et al. | 1:15-cv-07564 |
| Falch, Marshall v. AbbVie Inc. et al. | 1:15-cv-07149 |
| Farmer, Gary v. AbbVie Inc. et al. | 1:15-cv-07710 |
| Farrar, Gary v. AbbVie Inc. et al. | 1:15-cv-07875 |
| Farris, Barry v. AbbVie Inc. et al. | 1:15-cv-07064 |
| Feliciano, Carlos v. AbbVie Inc. et al. | 1:15-cv-05397 |
| Finkelstein, Paul C. v. AbbVie Inc. et al. | 1:15-cv-09366 |
| Ford, Calvin Berkley v. AbbVie Inc. et al. | 1:15-cv-07265 |
| Forrester, Mario v. AbbVie Inc. et al. | 1:15-cv-08588 |
| Freeman III, Henry Leonard v. AbbVie Inc. et al. | 1:15-cv-08072 |
| Friels, Michael v. AbbVie Inc. et al. | 1:15-cv-02965 |
| Fuentes, Francisco v. AbbVie Inc. et al. | 1:15-cv-07466 |
| Garcia, Hector M. v. AbbVie Inc. et al. | 1:15-cv-06449 |
| Garrett, Cage v. AbbVie Inc. et al. | 1:15-cv-06585 |
| Gebert, Jeffery v. AbbVie Inc. et al. | 1:15-cv-09603 |
| Gentilini, Paul v. AbbVie Inc. et al. | 1:15-cv-08513 |
| Gettings, Donald G. v. AbbVie Inc. et al. | 1:15-cv-09014 |

| | |
|---|---|
| Gillespie, Herbert v. AbbVie Inc. et al. | 1:15-cv-06560 |
| Gipson, Ronald v. AbbVie Inc. et al. | 1:15-cv-07643 |
| Girard, Pierre v. AbbVie Inc. et al. | 1:15-cv-03311 |
| Goehring, Jeffrey v. AbbVie Inc. et al. | 1:15-cv-06451 |
| Gordon, Clarence v. AbbVie Inc. et al. | 1:15-cv-08234 |
| Gordon, Terry v. AbbVie Inc. et al. | 1:15-cv-06879 |
| Gore, Clinton v. AbbVie Inc. et al. | 1:15-cv-07505 |
| Goss, Bobby v. AbbVie Inc. et al. | 1:15-cv-04593 |
| Gray, Kenneth W. v. AbbVie Inc. et al. | 1:15-cv-06748 |
| Green, John L. v. AbbVie Inc. et al. | 1:15-cv-06690 |
| Green, Sandra v. AbbVie Inc. et al. | 1:15-cv-08388 |
| Greeno, Aubry v. AbbVie Inc. et al. | 1:15-cv-05149 |
| Grier, Harmon Ray Jr. v. AbbVie Inc. et al. | 1:15-cv-07072 |
| Griffin, James D. v. AbbVie Inc. et al. | 1:15-cv-09222 |
| Grindell, Royd v. AbbVie Inc. et al. | 1:15-cv-03304 |
| Grossberg, Sanford R. v. AbbVie Inc. et al. | 1:15-cv-08614 |
| Grove, John v. AbbVie Inc. et al. | 1:15-cv-08552 |
| Hadaway, David v. AbbVie Inc. et al. | 1:15-cv-05381 |
| Hadley, Joel v. AbbVie Inc. et al. | 1:15-cv-09397 |
| Haga, Thomas v. AbbVie Inc. et al. | 1:15-cv-07162 |
| Hance, Robert J. v. AbbVie Inc. et al. | 1:15-cv-06720 |
| Hardy, Diane v. AbbVie Inc. et al. | 1:15-cv-07891 |
| Harrison, Preston v. AbbVie Inc. et al. | 1:15-cv-07628 |
| Hartman, Loren v. AbbVie Inc. et al. | 1:15-cv-04430 |
| Harvey, John L. v. AbbVie Inc. et al. | 1:15-cv-07478 |
| Haskins, Charles v. AbbVie Inc. et al. | 1:15-cv-06789 |
| Hawkins, Ryan W. v. AbbVie Inc. et al. | 1:15-cv-09697 |
| Hayes, Robert L. v. AbbVie Inc. et al. | 1:15-cv-08219 |
| Heagy, William D. v. AbbVie Inc. et al. | 1:15-cv-09166 |
| Heath, David v. AbbVie Inc. et al. | 1:15-cv-09275 |
| Heinze, Michael v. AbbVie Inc. et al. | 1:15-cv-06860 |
| Henderson, Ronald v. AbbVie Inc. et al. | 1:15-cv-07454 |
| Hill, David J. v. AbbVie Inc. et al. | 1:15-cv-08930 |
| Hinson, Ronald v. AbbVie Inc. et al. | 1:15-cv-09516 |
| Holding, David v. AbbVie Inc. et al. | 1:15-cv-09007 |
| Holly, Ted v. AbbVie Inc. et al. | 1:15-cv-09686 |
| Holt, Glen Kenneth Jr. v. AbbVie Inc. et al. | 1:15-cv-09339 |
| Howell, Gerald David v. AbbVie Inc. et al. | 1:15-cv-07373 |
| Isaacs, Richard v. AbbVie Inc. et al. | 1:15-cv-08600 |
| Jackson, Luther L. Jr. v. AbbVie Inc. et al. | 1:15-cv-07758 |

| | |
|---|---|
| Jackson, Michael T. v. AbbVie Inc. et al. | 1:15-cv-07074 |
| Johnson, Kenneth Lane v. AbbVie Inc. et al. | 1:15-cv-07880 |
| Johnson, Lawrence E. v. AbbVie Inc. et al. | 1:15-cv-06905 |
| Johnson, Wayne v. AbbVie Inc. et al. | 1:15-cv-08622 |
| Johnston, Daniel v. AbbVie Inc. et al. | 1:15-cv-06955 |
| Jones, Dennis v. AbbVie Inc. et al. | 1:15-cv-09604 |
| Jones, Gene A. v. AbbVie Inc. et al. | 1:15-cv-08962 |
| Jones, Stephen v. AbbVie Inc. et al. | 1:15-cv-05787 |
| Julsonnet, Jim v. AbbVie Inc. et al. | 1:15-cv-08598 |
| Kachanis, Roma v. AbbVie Inc. et al. | 1:15-cv-08015 |
| Kain, Russell v. AbbVie Inc. et al. | 1:15-cv-05999 |
| Katke, Robert v. AbbVie Inc. et al. | 1:15-cv-01777 |
| Kauffman, Kenneth v. AbbVie Inc. et al. | 1:15-cv-08716 |
| Kelly, Willie v. AbbVie Inc. et al. | 1:15-cv-08514 |
| Kendle, Tom v. AbbVie Inc. et al. | 1:15-cv-03640 |
| Kibat, George v. AbbVie Inc. et al. | 1:15-cv-08820 |
| Kinnett, Diane v. AbbVie Inc. et al. | 1:15-cv-08566 |
| Koch II, James v. AbbVie Inc. et al. | 1:15-cv-07915 |
| Koch, Craig v. AbbVie Inc. et al. | 1:15-cv-06723 |
| Koch, Edward v. AbbVie Inc. et al. | 1:15-cv-08621 |
| Kovach, Steven v. AbbVie Inc. et al. | 1:15-cv-05403 |
| Kramer, Jim v. AbbVie Inc. et al. | 1:15-cv-08193 |
| Krueger, Steven C. v. AbbVie Inc. et al. | 1:15-cv-08525 |
| Landry, George Francis v. AbbVie Inc. et al. | 1:15-cv-07113 |
| Lapin, David F. v. AbbVie Inc. et al. | 1:15-cv-06588 |
| Laroche, Kevin v. AbbVie Inc. et al. | 1:15-cv-07736 |
| Lawrence, Thomas A. v. AbbVie Inc. et al. | 1:15-cv-08233 |
| Lee, Daniel Robert v. AbbVie Inc. et al. | 1:15-cv-07470 |
| Lemay, Burke v. AbbVie Inc. et al. | 1:15-cv-09113 |
| Levendusky, Gerald v. AbbVie Inc. et al. | 1:15-cv-07989 |
| Lewis, Robert v. AbbVie Inc. et al. | 1:15-cv-07412 |
| Lippert, Richard v. AbbVie Inc. et al. | 1:15-cv-08366 |
| Litters, Danny v. AbbVie Inc. et al. | 1:15-cv-08529 |
| Lowinski, Raymond v. AbbVie Inc. et al. | 1:15-cv-07134 |
| Maag, Kent v. AbbVie Inc. et al. | 1:15-cv-08430 |
| Mack, Neil v. AbbVie Inc. et al. | 1:15-cv-07546 |
| Maeder, Jerry v. AbbVie Inc. et al. | 1:15-cv-05996 |
| Marando, Joseph v. AbbVie Inc. et al. | 1:15-cv-09428 |
| Marino, Diane v. AbbVie Inc. et al. | 1:15-cv-03196 |
| Marking, Karl Scott v. AbbVie Inc. et al. | 1:15-cv-09571 |

| | |
|---|---|
| Martinez, Julio v. AbbVie Inc. et al. | 1:15-cv-07959 |
| Mawdsley, Craig v. AbbVie Inc. et al. | 1:15-cv-09153 |
| McCabe, Shane v. AbbVie Inc. et al. | 1:15-cv-09443 |
| McCarty, Danny v. AbbVie Inc. et al. | 1:15-cv-05400 |
| McCarty, Phyllis v. AbbVie Inc. et al. | 1:15-cv-03740 |
| McConnell, Ruby v. AbbVie Inc. et al. | 1:15-cv-07109 |
| McGlasson, Robert A. v. AbbVie Inc. et al. | 1:15-cv-09225 |
| McKenzie, Michael v. AbbVie Inc. et al. | 1:15-cv-07606 |
| McKinney, Richard v. AbbVie Inc. et al. | 1:15-cv-08951 |
| McMillian, Andrew E. v. AbbVie Inc. et al. | 1:15-cv-08312 |
| Meadows, Timothy v. AbbVie Inc. et al. | 1:15-cv-07456 |
| Means, Kenneth v. AbbVie Inc. et al. | 1:15-cv-07866 |
| Mechenbier, Raymond v. AbbVie Inc. et al. | 1:15-cv-06994 |
| Mercado, Arturo v. AbbVie Inc. et al. | 1:15-cv-07587 |
| Miller, William v. AbbVie Inc. et al. | 1:15-cv-05489 |
| Mills, Joel N. v. AbbVie Inc. et al. | 1:15-cv-08620 |
| Mills, Merle v. AbbVie Inc. et al. | 1:15-cv-03308 |
| Minton, Michael Anderson v. AbbVie Inc. et al. | 1:15-cv-07446 |
| Mohn, William v. AbbVie Inc. et al. | 1:15-cv-02701 |
| Money, Richard Sr. v. AbbVie Inc. et al. | 1:15-cv-09607 |
| Montgomery-Galley, Rita v. AbbVie Inc. et al. | 1:15-cv-04783 |
| Morphis, Allen v. AbbVie Inc. et al. | 1:15-cv-03194 |
| Morris, Dale Lester v. AbbVie Inc. et al. | 1:15-cv-06936 |
| Morris, Willie J. v. AbbVie Inc. et al. | 1:15-cv-07156 |
| Moskowitz, Marc R. v. AbbVie Inc. et al. | 1:15-cv-07956 |
| Mosley, Annie v. AbbVie Inc. et al. | 1:15-cv-06806 |
| Motylinski, Stephen v. AbbVie Inc. et al. | 1:15-cv-07763 |
| Mozingo, David L. v. AbbVie Inc. et al. | 1:15-cv-06886 |
| Mundt, Frank v. AbbVie Inc. et al. | 1:15-cv-07289 |
| Narvaez, Ruben v. AbbVie Inc. et al. | 1:15-cv-09200 |
| Nealing, Michael v. AbbVie Inc. et al. | 1:15-cv-08978 |
| Nelson, Russell v. AbbVie Inc. et al. | 1:15-cv-05216 |
| Nicholas, Donald v. AbbVie Inc. et al. | 1:15-cv-05151 |
| Nicodemus, Brett v. AbbVie Inc. et al. | 1:15-cv-07876 |
| Nolan, Tim v. AbbVie Inc. et al. | 1:15-cv-07597 |
| North, Cameron v. AbbVie Inc. et al. | 1:15-cv-08212 |
| Ohnemus, Jason v. AbbVie Inc. et al. | 1:15-cv-06695 |
| Ortiz, Francisco v. AbbVie Inc. et al. | 1:15-cv-09430 |
| Otey, Lawrence E. Jr. v. AbbVie Inc. et al. | 1:15-cv-08397 |
| Overstreet, Berry Wayne v. AbbVie Inc. et al. | 1:15-cv-07892 |

| | |
|---|---|
| Owens, Martin v. AbbVie Inc. et al. | 1:15-cv-08305 |
| Paja, Stanley v. AbbVie Inc. et al. | 1:15-cv-07658 |
| Pardo, Christopher v. AbbVie Inc. et al. | 1:15-cv-07331 |
| Pavel, Timothy L. v. AbbVie Inc. et al. | 1:15-cv-06926 |
| Perry, Charles v. AbbVie Inc. et al. | 1:15-cv-08389 |
| Phillips, Charles v. AbbVie Inc. et al. | 1:15-cv-06590 |
| Pieffer, Daniel v. AbbVie Inc. et al. | 1:15-cv-07695 |
| Poquette, Michael R. v. AbbVie Inc. et al. | 1:15-cv-09171 |
| Prano, Frank v. AbbVie Inc. et al. | 1:15-cv-08870 |
| Pritchett, Robert v. AbbVie Inc. et al. | 1:15-cv-09244 |
| Pruitt, Michael v. AbbVie Inc. et al. | 1:15-cv-07569 |
| Radoumis-Weiler, Nicole v. AbbVie Inc. et al. | 1:15-cv-05086 |
| Ramos, Mario A. v. AbbVie Inc. et al. | 1:15-cv-07827 |
| Rand, Charles Stark III v. AbbVie Inc. et al. | 1:15-cv-07076 |
| Randall, Dennis L. v. AbbVie Inc. et al. | 1:15-cv-09496 |
| Rayburn, Elton A. Sr. v. AbbVie Inc. et al. | 1:15-cv-08883 |
| Reade, Laura v. AbbVie Inc. et al. | 1:15-cv-04074 |
| Reid, Robert E. v. AbbVie Inc. et al. | 1:15-cv-07895 |
| Reynolds, Timothy v. AbbVie Inc. et al. | 1:15-cv-06021 |
| Rhoden, Chad v. AbbVie Inc. et al. | 1:15-cv-09619 |
| Richardson, Catina v. AbbVie Inc. et al. | 1:15-cv-06543 |
| Richardson, Michael v. AbbVie Inc. et al. | 1:15-cv-07909 |
| Roberson, Harry v. AbbVie Inc. et al. | 1:15-cv-07854 |
| Roberts, Steven v. AbbVie Inc. et al. | 1:15-cv-04493 |
| Robertson, Eugene v. AbbVie Inc. et al. | 1:15-cv-07814 |
| Robinson, Dwayne v. AbbVie Inc. et al. | 1:15-cv-02585 |
| Rocco, Dominic v. AbbVie Inc. et al. | 1:15-cv-05842 |
| Rocheteau, Ralph III v. AbbVie Inc. et al. | 1:15-cv-09143 |
| Romanyshyn, John J. v. AbbVie Inc. et al. | 1:15-cv-08267 |
| Russo, Marc D. v. AbbVie Inc. et al. | 1:15-cv-09172 |
| Russo, Morris v. AbbVie Inc. et al. | 1:15-cv-09388 |
| Ruud, Jack v. AbbVie Inc. et al. | 1:15-cv-07168 |
| Ryan, Richard v. AbbVie Inc. et al. | 1:15-cv-02609 |
| Saxon, Paul v. AbbVie Inc. et al. | 1:15-cv-07423 |
| Schaden, Dale v. AbbVie Inc. et al. | 1:15-cv-06928 |
| Schinella, William v. AbbVie Inc. et al. | 1:15-cv-08939 |
| Schleinz, Lisa v. AbbVie Inc. et al. | 1:15-cv-04442 |
| Schultz, James C. v. AbbVie Inc. et al. | 1:15-cv-04113 |
| Schwelnlein, Richard v. AbbVie Inc. et al. | 1:15-cv-07667 |
| Scott, Cynthia v. AbbVie Inc. et al. | 1:15-cv-09636 |

| | |
|---|---|
| Scott, Loretta M. v. AbbVie Inc. et al. | 1:15-cv-09467 |
| Seawell, John v. AbbVie Inc. et al. | 1:15-cv-02483 |
| Sheets, David v. AbbVie Inc. et al. | 1:15-cv-06957 |
| Shelton, Barry v. AbbVie Inc. et al. | 1:15-cv-09473 |
| Sherbert, Albert M. v. AbbVie Inc. et al. | 1:15-cv-07724 |
| Sherman, Robert v. AbbVie Inc. et al. | 1:15-cv-07600 |
| Shigeta, Keith v. AbbVie Inc. et al. | 1:15-cv-08705 |
| Shillabeer, John v. AbbVie Inc. et al. | 1:15-cv-08585 |
| Sime, Mathew v. AbbVie Inc. et al. | 1:15-cv-07687 |
| Sitruk, Denis v. AbbVie Inc. et al. | 1:15-cv-07094 |
| Skiles, David v. AbbVie Inc. et al. | 1:15-cv-08936 |
| Smith, Kenneth v. AbbVie Inc. et al. | 1:15-cv-07584 |
| Smith, Michael A. v. AbbVie Inc. | 1:15-cv-08878 |
| Sowders, Earl v. AbbVie Inc. et al. | 1:15-cv-07629 |
| Spaulding, Archie v. AbbVie Inc. et al. | 1:15-cv-09542 |
| Spears, Jerry R. v. AbbVie Inc. et al. | 1:15-cv-08608 |
| Standifur, Jerome v. AbbVie Inc. et al. | 1:15-cv-07972 |
| Stanley, David S. v. AbbVie Inc. et al. | 1:15-cv-07759 |
| Stautzenberger, Robert v. AbbVie Inc. et al. | 1:15-cv-09513 |
| Stoney, Keith v. AbbVie Inc. et al. | 1:15-cv-06611 |
| Stowers, Roger v. AbbVie Inc. et al. | 1:15-cv-05998 |
| Strickley, Jeff v. AbbVie Inc. et al. | 1:15-cv-05835 |
| Sutton, Barry v. AbbVie Inc. et al. | 1:15-cv-07512 |
| Swinton, Bruce v. AbbVie Inc. et al. | 1:15-cv-07889 |
| Syx, Grady E. v. AbbVie Inc. et al. | 1:15-cv-06195 |
| Taaffe, Kevin J. Sr. v. AbbVie Inc. et al. | 1:15-cv-06688 |
| Tatum, Allen Roy v. AbbVie Inc. et al. | 1:15-cv-07897 |
| Tavitas, Ralph v. AbbVie Inc. et al. | 1:15-cv-06691 |
| Teachman, John v. AbbVie Inc. et al. | 1:15-cv-09548 |
| Teague, Rodney v. AbbVie Inc. et al. | 1:15-cv-08794 |
| Thomas, Charles v. AbbVie Inc. et al. | 1:15-cv-07153 |
| Thompson, Jeremiah v. AbbVie Inc. et al. | 1:15-cv-08632 |
| Thompson, Randy L. v. AbbVie Inc. et al. | 1:15-cv-09289 |
| Thurston, Michael v. AbbVie Inc. et al. | 1:15-cv-07645 |
| Tittle, Wynette v. AbbVie Inc. et al. | 1:15-cv-07062 |
| Tomson, John Sr. v. AbbVie Inc. et al. | 1:15-cv-08948 |
| Travis, Ralph R. II v. AbbVie Inc. et al. | 1:15-cv-08684 |
| Traweek, James v. AbbVie Inc. et al. | 1:15-cv-09576 |
| Tredway, David v. AbbVie Inc. et al. | 1:15-cv-07810 |
| Triplett, William H. v. AbbVie Inc. et al. | 1:15-cv-07321 |

| | |
|---|---|
| Truax, Irving v. AbbVie Inc. et al. | 1:15-cv-06544 |
| Turley, David C. v. AbbVie Inc. et al. | 1:15-cv-04882 |
| Turrentine, Ricky H. v. AbbVie Inc. et al. | 1:15-cv-08319 |
| Unterseher, Keith v. AbbVie Inc. et al. | 1:15-cv-05410 |
| Valentine, Hamilton v. AbbVie Inc. et al. | 1:15-cv-02688 |
| Valvo, Charles v. AbbVie Inc. et al. | 1:15-cv-06919 |
| Vanbrunt, Richard v. AbbVie Inc. et al. | 1:15-cv-04782 |
| Vickers, Michael v. AbbVie Inc. et al. | 1:15-cv-09615 |
| Vintson, Arthur Wayne v. AbbVie Inc. et al. | 1:15-cv-08604 |
| Wagoner, Richard v. AbbVie Inc. et al. | 1:15-cv-07200 |
| Walk, Daniel v. AbbVie Inc. et al. | 1:15-cv-09478 |
| Walker, Robert Burl v. AbbVie Inc. et al. | 1:15-cv-05171 |
| Walls, Billy Wayne v. AbbVie Inc. et al. | 1:15-cv-07675 |
| Wates, Larry J. v. AbbVie Inc. et al. | 1:15-cv-07328 |
| Webb, Samuel v. AbbVie Inc. et al. | 1:15-cv-06920 |
| Weed, Bobby L. v. AbbVie Inc. et al. | 1:15-cv-09064 |
| Wein, Stuart v. AbbVie Inc. et al. | 1:15-cv-05672 |
| Weiss, David v. AbbVie Inc. et al. | 1:15-cv-08625 |
| Weiss, Thomas v. AbbVie Inc. et al. | 1:15-cv-07477 |
| Welch, Gregory v. AbbVie Inc. et al. | 1:15-cv-07329 |
| West, Gordon B. v. AbbVie Inc. et al. | 1:15-cv-09312 |
| West, Kenric v. AbbVie Inc. et al. | 1:15-cv-08799 |
| Whalen, David v. AbbVie Inc. et al. | 1:15-cv-08225 |
| Whelchel, Bruce v. AbbVie Inc. et al. | 1:15-cv-07670 |
| Whisenhunt, Matthew v. AbbVie Inc. et al. | 1:15-cv-05383 |
| White, Donald P. v. AbbVie Inc. et al. | 1:15-cv-06594 |
| White, Fredrick v. AbbVie Inc. et al. | 1:15-cv-07639 |
| Whitehead, Larry Sr. v. AbbVie Inc. et al. | 1:15-cv-06549 |
| Whitehead, Larry W. v. AbbVie Inc. et al. | 1:15-cv-09308 |
| Whitehead, Ricki L. v. AbbVie Inc. et al. | 1:15-cv-07325 |
| Whitfield, Sollie v. AbbVie Inc. et al. | 1:15-cv-06931 |
| Whitman, Edwin v. AbbVie Inc. et al. | 1:15-cv-07389 |
| Whittaker, James v. AbbVie Inc. et al. | 1:15-cv-03202 |
| Williams, Patricia M. v. AbbVie Inc. et al. | 1:15-cv-09155 |
| Wilson, Randy v. AbbVie Inc. et al. | 1:15-cv-07630 |
| Wilson, Thomas v. AbbVie Inc. et al. | 1:15-cv-05995 |
| Windwalker, Jim v. AbbVie Inc. et al. | 1:15-cv-07806 |
| Wingler, Oran v. AbbVie Inc. et al. | 1:15-cv-09477 |
| Wolters, William v. AbbVie Inc. et al. | 1:15-cv-07346 |
| Wood, John R. v. AbbVie Inc. et al. | 1:15-cv-06987 |

| | |
|---|---|
| Wood, Lewis v. AbbVie Inc. et al. | 1:15-cv-07971 |
| Worthington, Warren, Jr. v. AbbVie Inc. et al. | 1:15-cv-07727 |
| Wright, Delphus v. AbbVie Inc. et al. | 1:15-cv-09483 |
| Wuerstle, Tom v. AbbVie Inc. et al. | 1:15-cv-09249 |
| Young, Gary v. AbbVie Inc. et al. | 1:15-cv-07830 |